IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN A. GLAVIN,

    Petitioner,

v.

UNITED STATES OF AMERICA,
INTERNAL REVENUE SERVICE,
and WILLIAM CUNNINGHAM,
Special Agent,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case Nos. 10-mc-6-slc

This action came for consideration before the court with MAGISTRATE JUDGE STEPHEN L. CROCKER presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered granting respondents' motion to dismiss and denying petitioner's motion to quash the administrative summons issued by the Internal Revenue Service.

_____       6/7/10
Peter Oppeneer, Clerk of Court             Date